**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHANNON J. ROLLINS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES MARSHAL SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:26-cv-01127-AGF |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. On August 21, 2026, mail to self-represented Plaintiff Shannon Rollins, also known as Clean Matthew Welch, was returned to the Court as undeliverable and no new address for Plaintiff could be verified. ECF No. 4. Local Rule 2.06(B) requires every self-represented party to promptly notify the Clerk (and all other parties) of any change in address. Local Rule 2.06(B) further provides that "[i]f any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." More than thirty (30) days have passed since the mail from the Clerk of Court was returned, and Plaintiff has not informed the Court as to his new address. As a result, the Court shall dismiss this action without prejudice pursuant to Local Rule 2.06(B). Plaintiff's pending motion for leave to proceed in forma pauperis will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* [ECF No. 2] is **DENIED as moot.**

Dated this 28th day of September, 2026.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE